IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRIAN MCCALL SNOW,                )
AIS #228680                       )
                                  )
        Plaintiff,                )
                                  )
v.                                )      CASE NO. 1:25-cv-729-RAH
                                  )
LT. GRUBBS, *et al.*,             )
                                  )
        Defendants.               )

## ORDER

On October 23, 2025, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 4.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 4) is **ADOPTED**;

2. The Plaintiff's Motion to Proceed *in forma pauperis* (doc. 2) is **DENIED**; and

3. This case is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute.

DONE, on this the 13th day of November 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE